# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

BILLY JACK KAIN JR., ADC #083093                                                      PETITIONER

v.                                               No. 5:15CV00286-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                                    RESPONDENT

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS, THEREFORE, ORDERED that petitioner's cause of action is DISMISSED and the requested relief be denied.

SO ORDERED this 5th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE