# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

BILLY JACK KAIN JR, ADC #083093                                                        PETITIONER

v.                                       No. 5:15CV00286-JLH

WENDY KELLEY, Director,
Arkansas Department of Correction                                                      RESPONDENT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED.

SO ORDERED this 5th day of February, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE